UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-21488-KMM

JENNIFER SCHNEIDER,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

Counsel for JENNIFER SCHNEIDER, hereby gives notice to the Court and all parties to this action that the undersigned counsel has made a change of address. All future notices, pleadings, motions, and other papers are to be served at the following address, effective immediately:

**LIPCON, MARGULIES & WINKLEMAN, P.A.**
**2800 PONCE DE LEON BOULEVARD, SUITE 1480**
**CORAL GABLES, FLORIDA 33134**

Telephone, facsimile, and email addresses remain the same

Respectfully Submitted,

LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
2800 Ponce de Leon Boulevard, Suite 1480
Coral Gables, Florida 33134
Phone: (305) 373-3016
Fax: (305) 373-6204

By:*/s/ Jacqueline Garcell*
**JASON R. MARGULIES**
Florida Bar No. 57916
jmargulies@lipcon.com
**JACQUELINE GARCELL**

Florida Bar No. 104358
jgarcell@lipcon.com
**HEATHER L. SMITH**
Florida Bar No. 86577
hsmith@lipcon.com