UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-cv-21488-KMM

JENNIFER SCHNEIDER,

    Plaintiff,
v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## PLAINTIFF'S *UNOPPOSED* MOTION TO REOPEN CASE WITH ATTACHED JOINT SCHEDULING REPORT

The Plaintiff, JENNIFER SCHNEIDER, by and through the undersigned counsel, hereby files her unopposed Motion to Reopen Case with a proposed Joint Scheduling Report attached and states as follows:

1. This matter arises from personal injuries the Plaintiff alleges to have suffered while travelling aboard the Defendant's cruise ship.

2. The Plaintiff filed the Complaint in this matter on April 20, 2023. [ECF No. 1].

3. On the same day (April 20, 2023), this Honorable Court entered a Pretrial Order requiring the parties to file a Joint Scheduling Report within ten (10) days of their joint scheduling conference, which was to be held within sixty (60) days after the filing of the Complaint. [ECF No. 4]. Thus, the Joint Scheduling Report was to be filed by June 29, 2023.

4. On June 30, 2023, this Honorable Court entered an Order dismissing the case without prejudice for the parties' failure to file a Joint Scheduling Report within the deadline set forth by this Honorable Court. [ECF No. 8].

5. The Parties apologize to this Honorable Court for failing to timely submit a Joint Scheduling Report and advise this Court that they have been actively discussing this matter.

6. Pursuant to the Court's Order, "[t]he Parties may move to reopen this matter upon the filing of a joint scheduling report." [ECF No. 8].

7. Accordingly, Plaintiff hereby submits the Joint Scheduling Report (attached as Exhibit 1) and respectfully requests that this Honorable Court reopen the case.

8. The Parties assure the Court that they will diligently continue in their efforts to move this case forward.

WHEREFORE, the Plaintiff, JENNIFER SCHNEIDER, respectfully requests this Court to grant her Motion and Reopen Case.

Respectfully submitted,

LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
2800 Ponce de Leon Boulevard
Suite 1480
Coral Gables, Florida 33134
Telephone: (305) 373-3016
Facsimile: (305) 373-6204

By:  /s/ *Heather L. Smith*
**JASON R. MARGULIES**
Florida Bar No. 57916
jmargulies@lipcon.com
**JACQUELINE GARCELL**
Florida Bar No. 104358
jgarcell@lipcon.com
**HEATHER L. SMITH**
Florida Bar No. 86577
hsmith@lipcon.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

                                    Respectfully submitted,

                                    LIPCON, MARGULIES
                                    & WINKLEMAN, P.A.
                                    *Attorneys for Plaintiffs*
                                    2800 Ponce de Leon Boulevard, Suite 1480
                                    Coral Gables, Florida 33134
                                    Telephone No.: (305) 373-3016
                                    Facsimile No.: (305) 373-6204

By:    /s/ *Heather L. Smith*
                                    **JASON R. MARGULIES**
                                    Florida Bar No. 57916
                                    jmargulies@lipcon.com
                                    **JACQUELINE GARCELL**
                                    Florida Bar No. 104358
                                    jgarcell@lipcon.com
                                    **HEATHER L. SMITH**
                                    Florida Bar No. 86577
                                    hsmith@lipcon.com

<u>**SERVICE LIST**</u>
*Schneider v. NCL (Bahamas) LTD.*
**Case No:** 23-cv-21488-KMM

| JASON R. MARGULIES<br>jmargulies@lipcon.com<br>JACQUELINE GARCELL<br>jgarcell@lipcon.com<br>HEATHER L. SMITH<br>hsmith@lipcon.com<br>Lipcon, Margulies & Winkleman, P.A.<br>2800 Ponce de Leon Boulevard, Suite 1480<br>Coral Gables, Florida 33134<br>Phone: (305) 373-3016<br>Facsimile: (305) 373-6204<br>*Counsel for Plaintiff* | TODD L. SUSSMAN<br>Florida Bar No. 84729<br>tsussman@nclcorp.com<br>Norwegian Cruise Line Holdings Ltd.<br>7665 Corporate Center Drive<br>Miami, Florida 33126<br>Phone: (305) 436-4916<br>Facsimile: (305) 468-2132<br>*Counsel for Defendant* |